OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

1/29/2015

SLOAN, AARON LAMBERT Jr. Tr. Ct. No. 1428047

On this day, the original application for writ of mandamus has been received and presented to the Court.

WR-62,705-03

Abel Acosta, Clerk

RETURN TO SENDER
NEED FULL NAME, SPN # AND CELLBLOCK # TO IDENTIFY IN...



AARON LAMBERT SLOAN JR.